**FILED**

'NOV 1 9 2024

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Criminal No.** |
| **v.** | **Violations:** 3:24cR54 |
| **BENJAMIN ALTEROWITZ,** | 18 U.S.C. § 1466A(a)(1) |
| **Defendant.** | 18 U.S.C. § 2252A(a)(2)(B) |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| | 18 U.S.C. § 2252A(b)(1) |
| | 18 U.S.C. § 2252A(b)(2) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Distribution of Child Pornography)

On or between February 13, 2024 and March 2, 2024, in Berkeley County, within the Northern District of West Virginia, the defendant, **BENJAMIN ALTEROWITZ**, did knowingly distribute child pornography, that involves a visual depiction of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(B) and 2252A(b)(1).

## COUNT TWO

(Possession of Child Pornography)

On or about June 25, 2024, in Berkeley County, within the Northern District of West Virginia, and elsewhere, the defendant **BENJAMIN ALTEROWITZ**, did knowingly possess an image of child pornography, as defined in Title 18, United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, and that involved a pre-pubescent minor who had not attained 12 years of age; in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT THREE

(Production of Obscene Visual Representation
of Sexual Abuse of Children)

On or about a date in June of 2024, the exact date being unknown to the Grand Jury, in Berkeley County, in the Northern District of West Virginia, the defendants, **BENJAMIN ALTEROWITZ**, did knowingly produce a visual depiction of any kind, including a drawing, cartoon, sculpture, and painting that depicts a minor engaging in sexually explicit conduct and is obscene, all is violation of Title 18, United States Code, Section 1466A(a)(1).

## FORFEITURE ALLEGATION

### (Sexual Exploitation of Children)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title18, United States Code, Section 2252A, including the following items all seized from the defendant:

Dell Inspiron tower (S/N: 8JBVDW2)
Gray Onn Thumb Drive 128GB
Gray Onn Thumb Drive 128GB
Black Onn Thumb Drive 128GB
Black Scandisk 3.0 Thumb Drive 256GB
Gray Onn Thumb Drive 128GB

Seagate Hard drive (S/N: NAC83AR6)
Seagate Hard drive (S/N: NAC80ZC8)
Seagate Hard drive (S/N:NA8FNF9W)
Seagate Hard drive (S/N: NAC85B8S)
Samsung Galaxy Cellular Telephone (S/N: R5CTA1983XZ)

A True Bill,

/s/
_____
Grand Jury Foreperson

/s/
_____
WILLIAM IHLENFELD
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney