**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**UNITED STATES OF AMERICA,**

      **Plaintiff**

**v.**                      **Criminal Action No. 3:24-CR-54**

**BENJAMIN ALTEROWITZ,**

      **Defendant.**

**UNITED STATES' NOTICE OF DISCOVERY DISCLOSURE**
**AND REQUEST FOR DISCOVERY**

Comes now the United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia, by Kimberley D. Crockett, Assistant United States Attorney for said District, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the local rules of this Court, submits its discovery disclosure as follows:

**Rule 16(a)(1)(A) and (B) and L.R.Cr.P. 16.01(a)**
**Oral, Written or Recorded Statement of the Defendant**

Any and all statements made by the Defendant are provided in the physical production.

**Rule 16(a)(1)(D) and L.R.Cr.P 16.01(e)**
**Defendant's Prior Record**

The Defendant's criminal history is provided in the physical production.

**Rule 16(a)(1)E) and L.R.Cr.P. 16.10(d)**
**Documents and Tangible Objects**

All documents and tangible objects are provided on USAFX marked "Initial Rule 16" as as Bates Nos. US1-113.  If and when our offices receives a Victim Identification Report from NCMEC, it will be made available at our office for review.

All other documents, books, papers and physical exhibits either seized from Defendant or which the United States intends to use in its case-in-chief at trial may be viewed by contacting Sgt. Janette See with the West Virginia State Police, using the office telephone line 304-267-0001.

**Rule 16(a)(1)(F) and L.R.Cr.P. 16.01(b)**
**Reports of Examinations and Tests**

Any and all laboratory reports in the United States' possession are included in the production.

**L.R.Cr.P. 16.01(c)**
**Grand Jury Testimony**

Defendant did not testify before a federal grand jury in this matter.

**L.R.Cr.P. 16.05**
**Exculpatory Evidence**

The United States is unaware of any exculpatory evidence in this matter.

**Rule 16(a)(1)(G) and L.R.Cr.P. 16.01(f)**
**Expert Witness Testimony**

The United States intends to present testimony of forensic analysts regarding any forensic computer or cell phone testing in this matter.

**Rule 12(4), Federal Rules of Criminal Procedure**

**Notice of Intent to Use Evidence**

The United States intends to use all of the evidence in its possession during the presentation of its case-in-chief.

Document ranges not included in this disclosure reflect documents that have been identified as either Jencks/Giglio or non-discoverable material.  Jencks/Giglio documents will be provided to Defendants fourteen (14) days prior to trial, pursuant to the Local Rules of this Court.

## <u>UNITED STATES' REQUEST FOR DISCOVERY</u>

Now comes the United States of America by William Ihlenfeld, United States Attorney for the Northern District of West Virginia and Kimberley D. Crockett, Assistant United States Attorney, and pursuant to:

### Rule 16(b)(1)(A)
### Documents and Tangible Objects

Moves the Court to order the defendant to permit the United States to inspect and copy or photograph, books, papers, documents, photographs, tangible objects or copies or portions thereof which are in the possession, custody, or control of Defendant and which Defendant intends to introduce as evidence in chief at the trial.

### Rule 16(b)(1)(B)
### Results or Reports of Physical or Mental Examinations

To order Defendant to permit the United States to inspect or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case or copies thereof within the possession or control of Defendant which Defendant intends to introduce as evidence in chief for the trial or which were prepared by a witness whom Defendant intends to call at the trial when the results of the reports relate to that witness's testimony.

**Rule 16(b)(1(C)**
**Expert Witnesses**

To order Defendant to provide to the United States a written summary of any testimony that Defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Respectfully submitted,

WILLIAM IHLENFELD
UNITED STATES ATTORNEY


By:    s/ Kimberley D. Crockett
Kimberley D. Crockett
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 2nd day of December, 2024, the foregoing *United States' Notice of Discovery Disclosure and Request for Discovery* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Mark Sutton
Sutton & Janelle, PLLC
224 King Street
Martinsburg, WV 25401

I further certify that the documents and tangible object were served by USAFX on December 2, 2024.

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By:    s/ Kimberley D. Crockett
       Kimberley D. Crockett
       Assistant United States Attorney